IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAMON RODRIGUEZ,<br><br>                    Petitioner,<br><br>            vs.<br><br>MARION SPEARMAN, Warden,<br>Correctional Training Facility,<br><br>                    Respondent. | No. 2:12-cv-01923-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 28] |

At Docket No. 28, Juan Ramon Rodriguez, a state prisoner appearing *pro se*, filed an application to proceed *in forma pauperis* on appeal. There is no filing fee required for a state prisoner to appeal from the denial of a petition for a writ of habeas corpus under 28 U.S.C. § 2254. *Naddi v. Hill*, 106 F.3d 275, 277 (9th Cir. 1997).

**IT IS THEREFORE ORDERED THAT** the Motion to Proceed In Forma Pauperis at Docket No. 28 is **DENIED**, as moot.

Dated: July 7, 2013.

                                                                 /s/James K. Singleton, Jr.<br>
                                                                  JAMES K. SINGLETON, JR.<br>
                                                                  Senior United States District Judge